IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABDULLAH RASHEED,<br><br>  Petitioner,<br><br> v.<br><br>JOHN/JANE DOE,<br><br>  Respondent. | No. C 11-1719 LHK (PR)<br><br>JUDGMENT |

    The Court has dismissed the instant action. A judgment of dismissal is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 6/2/11

_____
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.11\Rasheed719jud.wpd