IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABDULLAH RASHEED, | No. C 11-1719 LHK (PR) |
| Petitioner, | ORDER DENYING MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| JOHN/JANE DOE, et al., | |
| Respondents. | |

Petitioner, proceeding *pro se*, filed a petition for writ of mandamus pursuant to 28 U.S.C. § 1361. On June 2, 2011, the Court dismissed this action and entered judgment based on Petitioner's failure to state a claim. On August 1, 2011, Petitioner filed a motion for injunctive relief or temporary restraining order under Federal Rule of Civil Procedure 65(b). Specifically, Petitioner requests this Court to "prevent [the] state court from blocking the federal courts from exercising their habeas corpus jurisdiction." Petitioner's motion is DENIED.

No further filings will be accepted in this closed case.

IT IS SO ORDERED.

DATED: 9/19/11

LUCY H. KOH
United States District Judge

Order Denying Motion for Injunctive Relief
P:\PRO-SE\SJ.LHK\CR.11\Rasheed719inj.wpd